**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Edward Lee KOCH, Defendant–**
**Appellant.**

No. 06–51545
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 22, 2008.

Ray Ray Velarde, El Paso, TX, for Edward Lee Koch.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edward Lee Koch has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Koch has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.